

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00753-CR

Sherri Dee **BUCHANS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7558
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The court reporter's motion for extension of time to file the reporter's record is GRANTED. Time is extended to January 16, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.

Keith E. Hottle
Clerk of Court